In the Matter of the Opening of NINETEENTH STREET in the City of Niagara Falls, Appellant, across the Tracks and Right of Way of THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY et al., Respondents.

*Matter Opening Nineteenth Street, Niagara Falls,* 66 App. Div. 618, affirmed.

(Submitted January 6, 1902; decided January 14, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 20, 1901, reversing, vacating and setting aside a decision of the common council of the city of Niagara Falls to open and construct an extension of Nineteenth street in said city across the tracks and rights of way of the defendants.

*Franklin J. Mackenna* for appellant.

*M. C. Spratt* for respondents.

Order affirmed, with costs, on default.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AGGIE C. FOLEY, Respondent, *v.* THOMAS L. FEITNER et al., Commissioners of Taxes and Assessments of the City of New York, Appellants.

*People ex rel. Foley* v. *Feitner,* 63 App. Div. 614, affirmed.

(Argued January 6, 1902; decided January 21, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made July 9, 1901, which affirmed an order of Special Term vacating and setting aside an assessment upon the estate of Mamie E. Cruse, deceased, for purposes of taxation for the year 1900.

*George L. Rives, Corporation Counsel (James M. Ward,* of counsel), for appellants.

*Frank G. Wild* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, CULLEN and WERNER, JJ. Not voting: HAIGHT, J.